UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

NACOE RAY BROWN,

        Petitioner,

    v.

UNITED STATES OF AMERICA,

        Respondent.

Case No. CV 17-973 RGK (AJW)

ORDER ACCEPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE

    The Court has reviewed the entire record in this action, the Report and Recommendation of Magistrate Judge ("Report"), and petitioner's objections. The Court accepts the findings of fact, conclusions of law, and recommendations contained in the Report after having made a de novo determination of the portions to which objections were directed.

DATED: March 16, 2017

_____
R. Gary Klausner
United States District Judge