UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| NACOE RAY BROWN, | ) |
| | ) |
| Petitioner, | ) No. CV 17-973-RGK(AJW) |
| | ) |
| vs. | ) |
| | ) JUDGMENT |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent. | ) |

**It is hereby adjudged** that the petition for a writ of audita querela is denied and the action is dismissed for lack of jurisdiction.

Dated:  March 16, 2017

_____
R. Gary Klausner
United States District Judge